Defendant:    **Envision WC MB Auto, LLC dba Mercedes Benz of West Covina**
Bankruptcy Case:    **Shift Technologies, Inc.**
Preference Period:    **Jul 11, 2023 - Oct 9, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 661579 | 8/1/2023 | $69.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 655724 | 8/1/2023 | $539.25 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 666402 | 8/1/2023 | $99.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 665870 | 8/1/2023 | $154.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 665621 | 8/1/2023 | $208.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 664787 | 8/1/2023 | $148.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 664630 | 8/1/2023 | $223.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 664498 | 8/1/2023 | $97.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 663588 | 8/1/2023 | $145.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 663514 | 8/1/2023 | $480.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 666918 | 8/1/2023 | $420.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 661941 | 8/1/2023 | $74.25 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 666948 | 8/1/2023 | $312.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 660950 | 8/1/2023 | $654.75 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 660542 | 8/1/2023 | $2.55 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 659604 | 8/1/2023 | $574.75 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 659495 | 8/1/2023 | $583.50 |

Envision WC MB Auto, LLC dba Mercedes Benz of West Covina (2282464)
Bankruptcy Case: Shift Technologies, Inc.
Oct 6, 2025    Case: 25-03047   Doc# 1-1   Filed: 10/08/25   Entered: 10/08/25 10:58:36   Page 1 of 3  P. 1

Exhibit A

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 659073 | 8/1/2023 | $23.25 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 658625 | 8/1/2023 | $337.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 658478 | 8/1/2023 | $1,590.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 657831 | 8/1/2023 | $12.75 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 657005 | 8/1/2023 | $255.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 655776 | 8/1/2023 | $348.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 661972 | 8/1/2023 | $274.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 655894 | 8/1/2023 | $250.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 668263 | 8/1/2023 | $31.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 667955 | 8/1/2023 | $295.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 667465 | 8/1/2023 | $154.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 667288 | 8/1/2023 | $568.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 666713 | 8/1/2023 | $35.25 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 666460 | 8/1/2023 | $391.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 664747 | 8/1/2023 | $50.25 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 662237 | 8/1/2023 | $209.25 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 658579 | 8/1/2023 | $40.48 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 666459 | 8/1/2023 | $190.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 655985 | 8/1/2023 | $214.50 |

Envision WC MB Auto, LLC dba Mercedes Benz of West Covina (2282464)

Bankruptcy Case: Shift Technologies, Inc.

Oct 6, 2023

Exhibit A

Case: 25-03047   Doc# 1-1   Filed: 10/08/25   Entered: 10/08/25 10:58:36   Page 2 of 3

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 668652 | 8/1/2023 | $393.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 669437 | 8/1/2023 | $630.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 668926 | 8/1/2023 | $117.75 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 668798 | 8/1/2023 | $180.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 668657 | 8/1/2023 | $39.88 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 668143 | 8/1/2023 | $202.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 667954 | 8/1/2023 | $147.37 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 667749 | 8/1/2023 | $41.25 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 667633 | 8/1/2023 | $125.25 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 667346 | 8/1/2023 | $82.13 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350523 | $9,481.43 | 9/5/2023 | 667305 | 8/1/2023 | $96.75 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23090101 - 0350559 | $2,940.23 | 9/5/2023 | 657291 | 8/1/2023 | $306.00 |

**Totals:**    **2 transfer(s),**    **$12,421.66**

Envision WC MB Auto, LLC dba Mercedes Benz of West Covina (2282464)
Bankruptcy Case: Shift Technologies, Inc.
Oct 6, 2025

Case: 25-03047    Doc# 1-1    Filed: 10/08/25    Entered: 10/08/25 10:58:36    Page 3 of 3

Exhibit A

P. 3